Chantell SACKETT; Michael Sackett, Plaintiffs–Appellants,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; Lisa P. Jackson, Administrator,* Defendants–Appellees.

No. 08–35854.

United States Court of Appeals, Ninth Circuit.

May 3, 2012.

Damien Michael Schiff, M. Reed Hopper, Pacific Legal Foundation, Sacramento, CA, Leslie R. Weatherhead, Witherspoon Kelley Davenport & Toole, PS, Spokane, WA, for Plaintiffs–Appellants.

Nicholas John Woychick, Esquire, Assistant U.S., Thomas E. Moss, Esquire, Office of the U.S. Attorney, Boise, ID, Jennifer Scheller Neumann, U.S. Department of Justice, Environment & Natural Resources Division, Jason Walta, National Education Association Office of General Counsel, Washington, DC, for Defendants–Appellees.

---

* Lisa P. Jackson is substituted for her predecessor, Steven L. Johnson, as Administrator. *See* Fed. R.App. P. 43(c)(2).

Behavioral Scientists; Criminologists; Former Correctional Officials; Social Psychologists, Amici Curiae.

Nos. 11–1069, 11–1072.

United States Court of Appeals, Tenth Circuit.

April 20, 2012.

Before: RONALD M. GOULD and RICHARD C. TALLMAN, Circuit Judges.**

### ORDER

Pursuant to the Opinion of the Supreme Court in *Sackett v. Environmental Protection Agency*, —— U.S. ——, 132 S.Ct. 1367, 182 L.Ed.2d 367 (2012), the district court's grant of Defendants' motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(1) is REVERSED, and the matter is REMANDED for proceedings consistent with the Supreme Court's Opinion.

The mandate shall issue forthwith. *See* Fed. R.App. P. 41(b).